IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODERICK WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-472-RAH-CSC |
| | ) | |
| WARDEN JACKSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On October 22, 2021, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 21. Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

DONE, this 17th day of November, 2021.

                /s/ R. Austin Huffaker, Jr.
                R. AUSTIN HUFFAKER, JR.
                UNITED STATES DISTRICT JUDGE